JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| OPAL V.,[1], | Case No. CV 23-01168-AS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated: September 16, 2024

_____
/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

_____

[1]   Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.