| | |
|---|---|
| 1 | Roger D. Drake (SBN 237834) |
| 2 | BERTOLDO CARTER SMITH & CULLEN |
|   | 7408 West Sahara Avenue |
| 3 | Las Vegas, NV 89117 |
| 4 | (702) 800-0000 (tel.) |
|   | (702) 228-2333 (fax) |
| 5 | rdrake@nvlegaljustice.com |
| 6 | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OPAL VICORY, | ) | |
|  | ) | CASE NO.: 2:23-cv-01168-AS |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | *[PROPOSED]* ORDER |
|  | ) | AWARDING EAJA FEES AND COSTS |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00/100 ($6,150.00) and no costs subject to the terms of the stipulation.

DATED: October 2, 2024

/ s / Sagar
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

-1-